UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV-16-9561-JAK (KSx)                                      Date: May 31, 2017

Title   *aPriori Technologies, Inc. v. Charles Jerome Broquard, et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: AN ORDER OF CONTEMPT AND SANCTIONS FOR NON APPEARANCE BY DEFENDANT FIELD**

The Court scheduled a settlement conference in this matter for May 31, 2017 at 9:30 a.m. Pursuant to the Court's Order Setting Settlement Conference (Dkt. No. 40) and a follow-up email from the courtroom deputy clerk sent to all parties, all named parties were required to attend. Notwithstanding the Court's order, *pro per* defendant Reid D. Field did not appear.

At the settlement conference, defendant Charles Broquard stated that he was attending the settlement conference as defendant Field's representative. However, the Court notes that the Honorable John A. Kronstadt, expressly informed the parties that *"[a] self-represented party must appear at all hearings, and may not have another person who is not an attorney who has appeared in the action, represent him or her."* (*See* Dkt. No. 36 (emphasis added).)

Accordingly, on or before **Wednesday, June 7, 2017** defendant Field is ordered to show cause in writing why he should not be found in contempt and/or sanctioned for failure to appear. Defendant Field shall file a declaration of no more than two (2) pages, signed under penalty of perjury setting forth the reason for his failure to appear at the settlement conference on May 31, 2017. A hearing on the order to show cause is set for **Tuesday, June 28, 2017 at 9:00 a.m**. A failure to file the declaration will likely result in the issuance of an order of contempt and/or the imposition of sanctions.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | CV-16-9561-JAK (KSx) | Date: May 31, 2017 |
| Title | aPriori Technologies, Inc. v. Charles Jerome Broquard, et al | |

                                                                                             rhw
                                                                             **Initials of Preparer**

**Cc: Hon. John A. Kronstadt**