UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| aPRIORI TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES JEROME BROQUARD and REID DOUGLAS FIELD,<br><br>Defendants. | CASE NO. 2:16-cv-09561-JAK-KS<br><br>**ORDER OF JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT REID DOUGLAS FIELD**<br><br>**JS-6: Douglas Field Only** |

Based on the Order Granting Plaintiff's Motion for Terminating Sanctions Against Defendant Field, the relief requested by aPriori Technologies, Inc. ("Plaintiff") against Reid Douglas Field ("Field"), including the equitable relief set forth in this judgment, is proper and necessary. Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Judgment against Field is entered in Plaintiff's favor on the defamation claim advanced in Count I of the First Amended Complaint;

2. Judgment against Field is entered in Plaintiff's favor on the intentional interference with prospective economic advantage claim advanced in Count II of the First Amended Complaint;

3. Judgment against Field is entered in Plaintiff's favor on the extortion claim advanced in Count III of the First Amended Complaint;

4. As provided in Federal Rule of Civil Procedure 65(d)(2), Field, and those acting at his specific direction or under his specific control with respect to actions that are enjoined by this judgment, and who have received actual notice of this judgment by personal service, electronic mail, or overnight delivery, are permanently restrained and enjoined from:

   a. Making any statement that refers to both aPriori or its officers, customers, investors, or affiliates, and Mr. Frank Iacovelli with respect to his alleged acts of child endangerment, child abuse or child molestation.

   b. Making any statement that refers to both aPriori or its officers, customers, investors, or affiliates, and child endangerment, child abuse, or child molestation on the websites www.frankjosephiacovelli.com, www.badbadfrank.com, or any similar website created or controlled by Field.

   c. E-mailing any customer of aPriori, or any entity or person that Field knows, or has a reasonable basis to know, is a customer of aPriori, about Mr. Iacovelli regarding child endangerment, child abuse or child molestation.

    d. Protesting, picketing, or displaying any signs referring to Mr. Iacovelli as a participant in actions that constitute child endangerment, child abuse or child molestation within 500 feet of any office or business facility that Field knows, or has a reasonable basis to know, is a business location of an aPriori customer.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this judgment forthwith and without further notice.

**IT IS SO ORDERED.**

Dated: February 7, 2018     _____
    JOHN A. KRONSTADT
    UNITED STATES DISTRICT JUDGE